616

473 A.2d 681

Commonwealth v. Hicks, Appellant.

Argued September 27, 1983. Carmela R.M. Presogna, Assistant Public Defender, for appellant; Timothy Lucas, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, McEWEN and BECK, JJ.

Order and judgment of sentence affirmed.

473 A.2d 682

Commonwealth v. Kirkaldy, Appellant.

Submitted October 7, 1983. Barnaby Wittels, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, MONTGOMERY and CERCONE, JJ.

Judgment of sentence affirmed.